UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

EDERICK FABRIZIO,

                              Plaintiff,

v.                                                         9:20-CV-0011
                                                            (GTS/ML)

C.O. RIELLY; C.O. OLIVER; and C.O. LASTER,

                              Defendants.
_____

APPEARANCES:                                                 OF COUNSEL:

EDERICK FABRIZIO
    Plaintiff, *Pro Se*
Calle 13-A-DD7
Villa del Rey IV
Caguas, Puerto Rico 00727

HON. LETITIA A. JAMES                            DAVID C. WHITE, ESQ.
Attorney General for the State of New York      Assistant Attorney General
Counsel for Defendants
The Capitol
Albany, New York 12224

GLENN T. SUDDABY, United States District Judge

## DECISION and ORDER

      Currently before the Court, in this *pro se* prisoner civil rights action filed by Ederick Fabrizio ("Plaintiff") against the three above-captioned employees of the New York State Department of Corrections and Community Supervision ("Defendants"), is United States Magistrate Judge Miroslav Lovric's Report-Recommendation recommending that Defendants' motion for summary judgment be granted with respect to Plaintiff's excessive force and retaliation claims against Defendants Rielly and Oliver and denied with respect to Plaintiff's retaliation claim against Defendant Laster.  (Dkt. No. 69.)  Neither party has filed an objection

to the Report-Recommendation, and the deadline by which to do so has expired.  (*See generally* Docket Sheet.)

After carefully reviewing the relevant papers herein, including Magistrate Judge Lovric's thorough Report-Recommendation, the Court can find no clear-error in the Report-Recommendation:[1] Magistrate Judge Lovric employed the proper standards, accurately recited the facts, and reasonably applied the law to those facts.  As a result, the Report-Recommendation is accepted and adopted in its entirety for the reasons set forth therein.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Lovric's Report-Recommendation (Dkt. No. 69) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Defendants' motion for summary judgment (Dkt. No. 60) is **GRANTED** with respect to Plaintiff's excessive force and retaliation claims against Defendants Oliver and Rielly (who are terminated from this action), and **DENIED** with respect to Plaintiff's retaliation claim against Defendant Laster.

Dated: January 23, 2023
      Syracuse, New York

Glenn T. Suddaby
U.S. District Judge

---

[1] When no objection is made to a report-recommendation, the Court subjects that report-recommendation to only a "clear error" review.  Fed. R. Civ. P. 72(b), Advisory Committee Notes: 1983 Addition.  When performing such a "clear error" review, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  *Id*.; *see also Batista v. Walker*, 94-CV-2826, 1995 WL 453299, at *1 (S.D.N.Y. July 31, 1995) (Sotomayor, J.) ("I am permitted to adopt those sections of [a magistrate judge's] report to which no specific objection is made, so long as those sections are not facially erroneous.") (internal quotation marks omitted).